Case 4:95-cv-03538 Document 30 Filed 10/07/96 in TXSD Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 10 1996

MICHAEL N. MILBY, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID LAURENCE KELSEY, d.b.a. FANCY FLIGHTS, Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-95-3538 |
| CHARLES GRIGGS and JAMES MIRELES, in their official capacities as officials of the Immigration and Naturalization Service, Defendants. | § | |

## FINAL JUDGMENT

On November 16, 1995, the parties consented to proceed before a United States Magistrate Judge for all matters, including entry of final judgment, pursuant to 28 U.S.C. § 636(c). On May 1, 1996, Defendants Charles Griggs and James Mireles, in their official capacities as officials of the Immigration and Naturalization Service, filed a motion for summary judgment. (Docket Entry #26). On October 7, 1996, the court granted Defendants' motion. Accordingly, it is ORDERED that Plaintiff David Laurence Kelsey take nothing, and that the action be DISMISSED on the merits.

This is a FINAL JUDGMENT.

The Clerk shall enter this document and provide a true copy to all counsel of record.

SIGNED at Houston, Texas, this 7th day of October, 1996.

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE

30

ClibPDF - www.fastio.com